CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7224
    Facsimile: (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MCKINLEYVILLE UNION SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>    Defendants. | Case No. 4:25-cv-09105-YGR<br><br>**STIPULATION REGARDING DECEMBER 18, 2025 HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER** |

    Subject to the Court's approval, plaintiff McKinleyville Union School District ("Plaintiff") and defendants the U.S. Department of Education and Linda McMahon ("Defendants") stipulate as follows:

    WHEREAS, Plaintiff initiated the above-captioned lawsuit on October 22, 2025 (ECF No. 1);

    WHEREAS, on November 20, 2025, Plaintiff filed a motion for preliminary injunction and noticed the hearing date for December 30, 2025 at 2:00 p.m. (ECF No. 19);

    WHEREAS, on November 21, 2025, the Court issued an order advancing the hearing on the motion for preliminary injunction to December 18, 2025 at 10:00 a.m. (ECF No. 21); and

    WHEREAS, the undersigned counsel for Defendants is also lead counsel with respect to a previously filed motion for preliminary injunction in *City and County of San Francisco, et al v. United*

*States Department of Justice, et al*, No. 3:25-cv-09227-JD (N.D. Cal.), which the Honorable James Donato has set for an in-person hearing for the same date and time (*i.e.*, December 18, 2025 at 10:00 a.m.).

NOW THEREFORE, the parties stipulate, subject to Court approval, that the December 18, 2025 hearing in the above-captioned matter should be moved so counsel for Defendants can attend the preliminary injunction hearings in both the above-captioned matter and Case No. 3:25-cv-09227-JD (N.D. Cal.). The parties report that they are available for a Zoom hearing on the afternoon of December 18, 2025, on December 19, 2025 (either before or after the Court's noticed unavailability between 10:00 a.m. and 1:30 p.m. as provided for in the Court's online Scheduling Notes), or at such other time as may be convenient for the Court.

DATED: November 26, 2025                    Respectfully submitted,

                                                      CRAIG H. MISSAKIAN
                                                     United States Attorney

*/s/ Jevechius D. Bernardoni*\*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Defendants

DATED: November 26, 2025                    MORRISON & FOERSTER LLP

*/s/ Dan Marmalefsky*
DAN MARMALEFSKY
DAVID J. WIENER
MICHELLE SOSA-ACOSTA
JAMES K. MURRAY
VANESSA RAE YOUNG

Attorneys for Plaintiff

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS ORDERED THAT the hearing on the motion for preliminary injunction (ECF No. 19), which was previously set for December 18, 2025 at 10:00 a.m., is hereby moved to _____.

IT IS SO ORDERED.

DATED:

_____
THE HONORABLE YVONNE GONZALEZ ROGERS