MARK ROSENBAUM (SBN 59940)
MRosenbaum@publiccounsel.org
TARA FORD (SBN 322049)
TFord@publiccounsel.org
MAYRA LIRA (SBN 273958)
MLira@publiccounsel.org
AMANDA MANGASER SAVAGE
(SBN 325996)
ASavage@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
APiazza@publiccounsel.org
JACOB MADDOX (SBN 354368)
JMaddox@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, California 90005
Telephone: 213.385.2977
Facsimile: 213.385.9089

KIMBERLY CLUFF (SBN 196139)
kimberly.cluff@caltribalfamilies.org
CALIFORNIA TRIBAL FAMILIES
COALITION
226 W Ojai Ave, Suite 418
Ojai, CA 93023
Telephone: 916.583.8289

DAN MARMALEFSKY (SBN 95477)
DMarmalefsky@mofo.com
DAVID J. WIENER (SBN 291659)
DWiener@mofo.com
MICHELLE SOSA-ACOSTA
(SBN 330776)
MSosaAcosta@mofo.com
JAMES K. MURRAY (SBN 352095)
JMurray@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MCKINLEYVILLE UNION SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION; LINDA MCMAHON, in her official capacity as U.S. Secretary of Education,<br><br>Defendants. | Case No. 4:25-cv-09105-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TEMPORARY STAY**<br><br>Courtroom: 1 – 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Action Filed: October 22, 2025<br>Trial Date: Not Yet Set |

**JOINT STIPULATION**

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff McKinleyville Union School District ("McKinleyville") and Defendants U.S. Department of Education and Linda McMahon ("Defendants," and collectively with McKinleyville, "the Parties") by and through their undersigned counsel, respectfully request that the Court enter the Parties' stipulation below to stay proceedings in this matter until March 20, 2026.

WHEREAS, on October 22, 2025, McKinleyville filed its Complaint for Declaratory and Injunctive Relief against Defendants (the "Complaint" or the "Action");

WHEREAS, on October 27, 2025, the district court in *State of Washington, et al. v. United States Dep't of Education*, No. 2:25-cv-01228-KKE (W.D. Wash.) granted plaintiffs a preliminary injunction enjoining Defendants from actions similar to those alleged in this Action, and rejected Defendants' standing arguments as to whether certain third-parties like McKinleyville could be covered by the injunction. *See Washington*, No. 2:25-cv-01228-KKE, ECF No. 193;

WHEREAS, on November 20, 2025, McKinleyville filed a Motion for Preliminary Injunction (the "Preliminary Injunction Motion"), ECF No. 19;

WHEREAS, on December 4, 2025, Defendants filed their opposition to the Preliminary Injunction Motion, ECF No. 25;

WHEREAS, on December 4, 2025, the Ninth Circuit issued a per curium opinion in *State of Washington, et al. v. United States Dep't of Education, et al.*, No. 25-7157 (9th Cir. 2025), denying Defendants' motion for an emergency stay of the preliminary injunction;

WHEREAS, on December 19, 2025, the district court in *Washington* granted plaintiffs' motion for partial summary judgment and denied Defendants' cross-motion for summary judgment. *See Washington*, No. 2:25-cv-01228-KKE, ECF No. 269;

WHEREAS, on December 27, 2025, the Parties stipulated to extend the deadline for Defendants to answer or otherwise respond to the Complaint until January 29, 2026, ECF No. 37;

WHEREAS, on December 29, 2025, the Court denied without prejudice Plaintiff's motion for preliminary injunction as duplicative of the *Washington* injunction, ECF No. 38;

1  WHEREAS, on December 30, 2025, Defendants filed a motion to amend the *Washington* court's December 19, 2025 judgment and claimed it was not possible to comply with the terms of the judgment within the timelines established in the order. *See Washington*, No. 2:25-cv-01228-KKE, ECF No. 276;

WHEREAS, on December 31, 2025, the district court in *Washington* set an emergency motion hearing and heard oral argument as to Defendants' motion to amend. *See Washington*, No. 2:25-cv-01228-KKE, ECF No. 282;

WHEREAS, Defendants' compliance with the *Washington* court's December 19, 2025 judgment may impact future proceedings in this Action;

WHEREAS, on January 8, 2026, following the *Washington* court's December 19, 2025 judgment, Defendants provided an *interim* award to McKinleyville in the amount of $133,583, which is 5/52 of McKinleyville's 2026 award ($1,389,270);

WHEREAS, on January 16, 2026, the Parties filed a stipulation for a temporary stay of all proceedings in this matter until February 20, 2026, ECF No. 39, and on January 22, 2026, this Court granted the Parties' stipulation, ECF No. 40;

WHEREAS, on January 22, 2026, the district court in *Washington* granted Defendants' motion to amend and amended its December 19, 2025, judgment such that Defendants would be required to issue new continuation determinations no later than February 6, 2026, and issue any new continuation awards no later than February 11, 2026, *see* No. 2:25-cv-01228-KKE, ECF No. 356;

WHEREAS, on February 3, 2026, the Ninth Circuit issued an order in *State of Washington, et al. v. United States Dep't of Education, et al.*, No. 26-510 (9th Cir. 2026), granting a partial administrative stay pending consideration of Defendants' emergency motion for a stay pending appeal and setting oral argument for February 23, 2026;

WHEREAS, the Parties have conferred and agree that there is good cause for an extension of the stay of all proceedings in this matter until March 20, 2026, and that such a stay will promote judicial economy;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, that:

1. Good cause exists to stay all proceedings in this matter until March 20, 2026;
2. All case deadlines are stayed;
3. On or before March 16, 2026, the Parties shall provide a joint status report to the Court with an update on the *Washington* litigation and the Parties' respective positions on whether a further stay is warranted, or if necessary, with a proposed case schedule.

IT IS SO STIPULATED.

Date: February 10, 2026          PUBLIC COUNSEL

*/s/ Amanda Mangaser Savage*
Mark Rosenbaum
Tara Ford
Mayra Lira
Amanda Mangaser Savage
Amelia Piazza
Jacob Maddox

Date: February 10, 2026          MORRISON & FOERSTER LLP

*/s/ Dan Marmalefsky*
Dan Marmalefsky
David J. Wiener
Michelle Sosa-Acosta
James K. Murray

*Counsel for Plaintiff McKinleyville Union School District*

Date: February 10, 2026          CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

*Counsel for Defendants U.S. Department of Education and Linda McMahon*

## ECF ATTESTATION

I, Dan Marmalefsky, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TEMPORARY STAY**. In accordance with Civil Local Rule 5-4.3.4(a)(2), concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: February 10, 2026

/s/ *Dan Marmalefsky*
Dan Marmalefsky

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: February ___, 2026

_____
Hon. Yvonne Gonzalez Rogers